# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                 Fax: (718) 855-4696

June 11, 2010

Greg Hughes
Clerk's Office
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**RECEIVED**

**JUN 16 2010**

Clerk, U.S. District and
Bankruptcy Courts

Re:     *Kaplan et al. v. Central Bank of the Islamic Republic of Iran,*
        Civil Action No. 10-00483 (RWR) (D.D.C.)

Dear Mr. Hughes,

We represent the plaintiffs in the above-referenced matter.

I write to request service on defendants The Islamic Republic of Iran, The Central Bank of the Islamic Republic of Iran and Bank Saderat Iran pursuant to § 1608 of the Foreign Sovereign Immunities Act ("FSIA").

Defendants The Islamic Republic of Iran and The Central Bank of the Islamic Republic of Iran, which are both a "foreign state" or political subdivisions of a foreign state, should be served pursuant to § 1608(a)(3).

Defendant Bank Saderat Iran is an agency or instrumentality of a foreign state, and should be served pursuant to § 1608(b)(3)(B).

Accordingly, please find enclosed two sets of documents paper-clipped separately and ready for service on defendants The Islamic Republic of Iran and The Central Bank of the Islamic Republic of Iran. Each set of documents contains:

1)      A copy of the summons in this action addressed to each of these defendants, together with a translation of each summons into Farsi.

2)      A copy of the Complaint in this action, together with a translation thereof into Farsi.

3)      A Notice of Suit together with a translation thereof into Farsi.

4)      A copy of the FSIA.

We would like to effect service through DHL. Please use our DHL account number which is 787380287.

Our firm has been approved by DHL for shipments to Iran, but the waybill must reflect the Court's address as sender.

Pursuant to § 1608(a)(3) of the FSIA, which requires that the envelope be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned, I respectfully request that you place the set of documents meant for defendant The Islamic Republic of Iran into a DHL envelope and address it as follows:

> **The Islamic Republic of Iran**
> c/o Foreign Minister Manouchehr Mottaki
> Ministry of Foreign Affairs
> Khomeini Ave. United Nations St.
> Teheran, Iran

Likewise, I respectfully request that you place the set of documents meant for defendant The Central Bank of the Islamic Republic of Iran into a second DHL envelope and address it as follows:

> **The Central Bank of the Islamic Republic of Iran**
> c/o Foreign Minister Manouchehr Mottaki
> Ministry of Foreign Affairs
> Khomeini Ave. United Nations St.
> Teheran, Iran

Also enclosed herein is a set of documents ready for service on defendant Bank Saderat Iran, containing:

1)      A copy of the summons in this action addressed to Bank Saderat Iran, together with a translation thereof into Farsi.

2)      A copy of the Complaint in this action, together with a translation thereof into Farsi.

Pursuant to § 1608(b)(3)(B) of the FSIA, which requires that the envelope be addressed and dispatched by the clerk of the court to the agency or instrumentality to be served, I respectfully request that you place the set of

documents meant for defendant Bank Saderat Iran into a DHL envelope and address it as follows:

> Bank Saderat Iran
> Bank Saderat Tower
> 43 Somayeh Avenue,
> Teheran, Iran

Please make the appropriate docket entries reflecting both the receipt of this request and the sending of the DHL packages.

Please do not hesitate to contact me as necessary.

Sincerely,

Robert J. Tolchin