



© 2005 Al
*Subject to ch
All services
DHL Expres
DHL Terms
of Carriage &
www.dhl-use
the DHL Wa
DHL liability
US $100.00.
Protection m
upon reques
involves an
country othe
of departure
Convention

| EXPRESS WORLDWIDE<br>DHL Online | XPD |  |
|---|---|---|

From: United States District Court
Greg Hughes  Phone  (202) 354-3050
333 Constitution Avenue, N W
Washington DC 20001
United States

Origin
DCA

To: Central Bank of the Isamic Republic
c/o Foreign Minister Manouchehr
Mottaki, Ministry of Foreign Affair
Khomeini Ave., United Nations St.
**Tehran**
Iran (Islamic Republic Of)

Contact:
(202) 354-3050

### IR-THR-TCO

| | Day | Time |
|---|---|---|
| Date<br>2010-06-15 | Shpt Weight<br>**0.5 lb** | Piece<br>**1/1** |

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations Diversion contrary to U S law prohibited.Shipment may be carried via intermediate stopping places which DHL deems appropriate

Content
Business Documents



WAYBILL 94   1033   8770



(2L)IR+320000000

(J)JD01 4536 3674 0002 0759

JSA), Inc.
Island Rd
FL 33324

) services:
Delivery

1-800-CALL DHL
1-800-225-5345
www.dhl-usa.com
JEWELRY
O BOXES

© 2005 All rights reser[ved]

All services provided by DHL Express are subject [to] DHL Terms and Conditio[ns] of Carriage as published www.dhl-usa.com and or the DHL Waybill. DHL liability shall not exc[eed] US $100.00. Shipment V[alue] Protection may be arrang[ed] upon request. If this ship[ment] involves an ultimate stop [in a] country other than the co[untry] of departure, the Warsaw Convention may be applic[able].

*Subject to change without no[tice]

**EXPRESS WORLDWIDE**
DHL Online

**XPD**

From: United States District Court
Greg Hughes  Phone (202) 354-3050
333 Constitution Avenue, N.W
Washington DC 20001
United States

Origin.
**DCA**

To: Bank Saderet Iran
Bank Saderet Tower
43 Somayeh Avenue

**Tehran**
**Iran (Islamic Republic Of)**

Contact
(202) 354-3050

# IR-THR-TCO

| Day | Time |
| --- | --- |

Date: 2010-06-15
Shpt Weight: **0.5 lb**
Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations Diversion contrary to U.S law prohibited Shipment may be carried via intermediate stopping places which DHL deems appropriate

Content
business documents

WAYBILL 94  1034  0763

(2L)IR+320000000

(J)JD01 4536 3674 0002 0896