21/a6

| EXPRESS WORLDWIDE | XPD | *DHL EXPRESS* |
|---|---|---|
| DHL Online | | |

**From:** United States District Court
Greg Hughes  Phone (202) 354-3050
333 Constitution Avenue, N W
Washington DC 20001
United States

**Origin**
DCA

**To:** Central Bank of the Isamic Republic
c/o Foreign Minister Manouchehr
Mottaki, Ministry of Foreign Affair
Khomeini Ave., United Nations St.
**Tehran**
**Iran (Islamic Republic Of)**

**Contact**
(202) 354-3050

## IR-THR-TCO

Date: 2010-06-15    Shpt Weight: **0.5 lb**    Piece: 1/1

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U S law prohibited. Shipment may be carried via intermediate stopping places which DHL deems appropriate

Content
Business Documents

WAYBILL 94  1033  8770

(2L)IR+320000000

(J)JD01 4536 3674 0002 0759

RECEIVED JUL - 8 2010 Clerk, U.S. District and Bankruptcy Courts

TAS PROCESSED

website http //www dhl com
TEHRAN, IRAN (ISLAMIC REPUB     ORIGI

Shipment No    9410338770    SORT:
Sender's reference

**THR**    AIRWAYBILL: 941033

(2L)IR:THR+000000



