© 2008

All servic
DHL Know
DHL Expr
of Carriec
www.dhl-
the DHL '
DHL liabi
US $100
Protectio
upon req
involves c
country c
of depart
Conventi

*Subject t

21106

**TAS**
**PROCESSED**

**EXTREMELY URGENT**

| EXPRESS WORLDWIDE | XPD | **DHL** EXPRESS |
| --- | --- | --- |

DHL Online

From: United States District Court
U.S District Court  Phone (202) 354-3050
333 Constitution Avenue, N W
Washington DC 20001
United States

Origin
DCA

*Greg Hughes*

To: The Islamic Republic of Iran
c/o Foreign Minister Manouchehr
Motaki, Ministry of Foreign affairs
Khomeini Ave. United Nations St.
**Tehran, IRAN**
**Iran (Islamic Republic Of)**

Contact:
(202) 354-3050

### IR-THR-TCO

| | Day | Time |
| --- | --- | --- |

| Ref-Code  Kaplan | Date 2010-06-15 | Shpt Weight **0.5 lb** | Piece **1/1** |

These commodities, technology, or software were exported from the United States in accordance with
the Export Administration regulations  Diversion contrary to U S law prohibited Shipment may be
carried via intermediate stopping places which DHL deems appropriate.

Content
Summons & Compl
supporting docum

WAYBILL 94  1033  2680

(2L)IR+320000000

(J)JD01 4536 3674 0002 0268

Angela D. Caesar, Clerk of Court
US District Court District of Columbia

Received
Mail Room

JUL -8 2010



**DHL** EXPRESS

**XPD**

Piece
1/

website http //www dhl com

TEHRAN, IRAN (ISLAMIC REPUB

ORIGIN

Shipment No     9410332680
Sender's reference     KAPLAN

SORT :

**THR**     AIRWAYBILL
**94103326**

(2L):IR:THR:000000

## RECEIVED

### JUL -8 2010

**Clerk, U.S. District and**
**Bankruptcy Courts**



s (USA), Inc.
ne Island Rd
n, FL 33324

ntal Delivery
Mail

EXTREMELY URGENT

DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY.
DHL's liability shall not exceed US$100 for any shipment.See conditions of carriage on the airbill.

_DHL EXPRESS_

ZYX

Track this shipment via the DHL Web Site : http://www.dhl.com

Payor account number and insurance details

[From (Shipper)]

[To (Receiver)]

United States District Court
U.S. District Court
333 Constitution Avenue N.W.
Washington DC 20001
J.S. D...

_DHL EXPRESS_

website http://www.dhl.com

Sender's reference
Shipment No    1434028326

WASHINGTON - RONALD REAGAN

DCA

**DOX**    Piece 1/1

SORT :    ORIGIN    THR

AIRWAYBILL:
**1434028326**

DCA+42000000

(2L) US DCA+42000000

(1) LLJD01, 2944, 5624, 0005, 27R2.

LB0019
(10/07) OMN

6



TRANSPORT COLLECT

TRANSPORT CHARGES FOR THIS PACKAGE ARE PAYABLE BY THE RECEIVER AT THE SHIPPER'S REQUEST

AWB No. 14 54 025 326

SHIPPER'S INTEREST INSURANCE   ☐ YES

Notice to delivery couriers: do not deliver the shipment without a notice of charge due unless authorised by a supervisor.

AFFIX ADDITIONAL LABEL HERE
(eg. Service Alert label or Transport Collect label)