UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CENTRAL BANK OF THE<br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>    *Defendants*. | Case No. 1:10-CV-00483 (RWR)<br><br>ORAL ARGUMENT REQUESTED |

### BANK SADERAT IRAN AND BANK SADERAT PLC'S
### MOTION TO DISMISS THE COMPLAINT

Defendants Bank Saderat Iran ("BSI") and Bank Saderat PLC ("BSPLC") move pursuant to Fed. R. Civ. P. 12(b)(1), (2), (5), (6), and (7) to dismiss the complaint as it applies to BSI and BSPLC.  The grounds for this motion are set forth in the accompanying memorandum of law.  A proposed order is attached.

Respectfully submitted,

/Frank C. Razzano/
Frank C. Razzano
Ivan B. Knauer
Jeremy D. Frey
Matthew D. Foster
John C. Snodgrass
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
(202) 220-1200

*Counsel for Defendants*
*Bank Saderat Iran and Bank Saderat PLC*

## CERTIFICATE OF SERVICE

       I certify that on August 23, 2010, I filed the foregoing document via ECF with the understanding that the ECF system would automatically serve counsel for the parties.

       /John C. Snodgrass/

#13079824 v1