UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:10-CV-00483 (RWR) |
| CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| *Defendants*. | |

**MEMORANDUM OF LAW OF BANK SADERAT IRAN AND BANK SADERAT PLC IN SUPPORT OF THEIR MOTION TO DISMISS**

# EXHIBIT B



## Statement by FM Livni on Hizbullah attack from Lebanon

**12 Jul 2006**
Israel views the government of Lebanon as responsible for today's unprovoked aggression.

Israel was attacked today from Lebanon.

Hizbullah is a terrorist organization, which is part of the Lebanese government. The international community, including the Security Council, has demanded, repeatedly, time and again, that the government of Lebanon dismantle Hizbullah. Lebanon has failed to act and today's aggression is the result.

Israel views the government of Lebanon as responsible for today's unprovoked aggression.

There is an axis of terror and hate, created by Iran, Syria, Hizbullah and Hamas that wants to end any hope for peace. The world cannot let them succeed.

In these circumstances, Israel has no alternative but to defend itself and its citizens. We also expect the international community to act.

We will fight back, in order to fight for peace.