UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:10-CV-00483 (RWR) |
| CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| *Defendants*. | |

**MEMORANDUM OF LAW OF BANK SADERAT IRAN AND BANK SADERAT PLC
IN SUPPORT OF THEIR MOTION TO DISMISS**

# EXHIBIT E

**EXHIBIT E**

# SUPPLEMENTAL PLAINTIFFS ASSERTING CLAIMS ONLY UNDER CLAIMS 6 AND 7[1]

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| "YL" (Licci) | A minor, by his father and natural guardian, Elihav Licci, and by his mother and natural guardian, Yehudit Licci | Yes/ Safed, Israel | On 7/13/06, while running to during an attack, he fell and suffered an injury. On 7/20/06 another rocket landed near his hospital room. He received shrapnel wounds and a skull fracture. He suffered physical, psychological, emotional and financial injuries. | 7/13/06; 7/20/06 | Safed, Israel |

[1] Not including Orna Mor

#13079526 v1

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| Licci, Elihav | Individually, and as natural guardian of plaintiff "YL" | Yes/ Safed, Israel | 7/21/06: While at a hospital, the hospital was struck by a rocket. He suffered shrapnel wounds. He suffered physical, psychological, emotional and financial injuries.<br><br>On 7/13/06 a rocket hit the dairy owned by him and his wife. On 7/20/06 another rocket destroyed the dairy which, until that time, generated Monthly income. He suffered financial damages. | 7/21/06: 7/13/06; 7/20/06 | Safed, Israel |
| Licci, Yehudit | Individually, and as natural guardian of plaintiff "YL" | Yes/Safed, Israel | On 7/13/06 a rocket hit the dairy owned by her and her husband. On 7/20/06 another rocket destroyed the dairy which had, until that time, generated approx. $90,000 in monthly income. She suffered financial damages. | 7/13/06;7/20/06 | Safed, Israel |
| Hirsh, Tzvi | Individually | Yes/ Kiryat Motzkin, Israel | Rocket landed next to him. He was hit with shrapnel, and experienced trauma. He suffered physical, psychological, emotional and financial injuries. | 7/29/06 | Kiryat Motzkin, Israel |

-2-

#13079526 v1

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| Graipel, Arkady | Individually | Yes/? | Rocket landed next to him as he traveled to work. He was struck by shrapnel. Suffered physical, psychological, emotional and financial injuries. | 7/26/06 | Kiryat Yam, Israel |
| Kremer, Tatiana | Individually | Yes/ Safed, Israel | Rocket landed outside her home. She was struck by shrapnel. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Zarona, Yosef | Individually | Yes/? | Rocket struck his workplace. He was struck by shrapnel.

He suffered physical, psychological, emotional and financial injuries. | 8/3/06 | Acre, Israel |
| Shani, Tal | Individually | Yes/ Kibbutz Amir, Hula Valley, Israel | Rocket struck her home. She was hit with shrapnel and debris. She suffered physical, psychological, emotional and financial injuries. | 7/28/06 | Kibbutz Amir, Hula Valley, Israel |

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| Cohen, Shlomo | Individually | Yes/ Haifa, Israel | Rocket struck his home and car. The blast injured his ears. He suffered severe physical, psychological, emotional and financial injuries. | 8/13/06 | Haifa, Israel |
| Goldenberg, Nitzan | Individually | Yes/? | Rocket struck the home of a business associate he was visiting. He was injured by shrapnel. He suffered severe physical, psychological, emotional and financial injuries. | 8/11/2006 | Kiryat Bialik, Israel |
| Dahan, Rina | Individually | Yes/? | Rocket landed next to her as she was going to bomb shelter. She was injured. She suffered physical, psychological, emotional and financial injuries. | 8/8/06 | Haifa, Israel |
| Weiss, Raphael | Individually | Yes/? | Rocket struck outside his car. He sustained shrapnel injury. He suffered physical, psychological, emotional and financial injuries. | 8/3/06 | Acre, Israel |

#13079526 v1

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| Klein, Agat | Individually | Yes/? | Rocket struck next to the bomb shelter where she was seeking refuge. She suffered financial, psychological and emotional damage. | 7/16/06 | Kiryat Yam, Israel |
| Kovleyov, Tatiana | Individually | Yes/? | Rocket landed near her and she was injured by shrapnel. She suffered physical, psychological, emotional and financial injuries. | 7/25/06 | Haifa, Israel |
| Demesh, Valentina | Individually | Yes/? | Rocket landed next to her as she walked down the street. She was injured by shrapnel. She suffered physical, psychological, emotional and financial injuries. | 7/25/06 | Haifa, Israel |
| Epon, Rivka | Individually | Yes/ Kiryat Shemona, Israel | Rocket hit her home while she was there. She was injured by shrapnel. She suffered physical, psychological, emotional and financial injuries. | 8/11/06 | Kiryat Shemona, Israel |

#13079526 v1

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| Maria, Joseph | Individually | Yes/Acre, Israel | Rocket landed outside his home. As a result of the explosion, he suffered a stroke. He suffered physical, psychological, emotional and financial injuries. | 7/28/06 | Acre, Israel |
| Penker, Immanuel | Individually | Yes/? | Rocket exploded outside a bus he was operating. The blast wounded him. He suffered physical, psychological, emotional and financial injuries. | 8/13/06 | Nahariya, Israel |
| Pinto, Esther | Individually | Yes/ Safed, Israel | Rocket hit her home while she was there. Her legs were injured. She suffered physical, psychological, emotional and financial injuries. | 7/17/06 | Safed, Israel |
| Yefet, Sarah | Individually | Yes/? | Not specified | Not specified | Not specified |
| Sappir, Shoshana | Individually | Yes/? | Not specified | Not specified | Not specified |

#13079526 v1

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| "RGG" (Ghanam) | A minor, by his father and natural guardian, Fuad Shchiv Ghanam, and by his mother and natural guardian, Suha Shchiv Ghanam | Yes/ Ma'ar, Israel | Rocket exploded in the yard of the Ghanam home. He suffered shrapnel wounds. He suffered physical, psychological, emotional and financial injuries. | 7/25/06 | Ma'ar, Israel |
| Ghanam, Fuad Shchiv | Individually, and as natural guardian of plaintiff "RGG" | Yes/ Ma'ar, Israel | Rocket exploded in the yard of the Ghanam home. He suffered shrapnel injuries. He suffered physical, psychological, emotional and financial injuries. | 7/25/06 | Ma'ar, Israel |
| Ghanam, Suha Shchiv | Individually, and as natural guardian of plaintiff "RGG" | Yes/ Ma'ar, Israel | Rocket exploded in the yard of the Ghanam home. She suffered shrapnel injuries. She suffered physical, psychological, emotional and financial injuries. | 7/25/06 | Ma'ar, Israel |
| Shalmoni, Rochelle | Individually | Yes/ Carmiel, Israel | Rocket struck the Shalmonis' home, partly destroying it. She suffered financial injuries. | 7/19/06 | Carmiel, Israel |
| Shalmoni, Oz | Individually | Yes/ Carmiel, Israel | Rocket struck the Shalmonis' home, partly destroying it. He suffered financial injuries. | 7/19/06 | Carmiel, Israel |

#13079526 v1

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| Ochayon, David | Individually | Yes/ Nahariya, Israel | Rocket struck his apartment building, hitting him with shrapnel. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Nahariya, Israel |
| Maimon, Yaakov | Individually | Yes/? | Rocket hit his business and collapsed the building on him, causing physical injury. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Biton, Mimi | Individually | Yes/? | Rocket struck her workplace and collapsed the building on her. She was hit by shrapnel. She suffered physical, psychological, emotional and financial injuries. | 7/12/06 | Safed, Israel |
| Spektor, Arkady | Individually | Yes/? | Rocket landed close to him, and he was injured by shrapnel. He suffered physical, psychological, and emotional injuries. | 7/22/06 | Nahariya, Israel |

#13079526 v1

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| Zovrev, Yori | Individually | Yes/? Nahariya, Israel | Rocket landed as he was running to bomb shelter near his home. He suffered a bone fracture. He suffered physical, psychological and emotional injuries. | 7/28/06 | Nahariya, Israel |
| Abutbul, Yaakov | Individually | Yes/? | Rocket hit hospital where he worked. He was wounded by shrapnel. He suffered physical, psychological, emotional and financial injuries. | 7/14/06 | Safed, Israel |
| "ANM" (Mor) | A minor, by his father and natural guardian, Zion Mor, and by his mother and natural guardian, Revital Mor | Yes/ Safed, Israel | Rocket destroyed the Mor home. He was hit with shrapnel. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| "BZM" (Mor) | A minor, by her father and natural guardian, Zion Mor, and by her mother and natural guardian, Revital Mor | Yes/ Safed, Israel | Rocket destroyed the Mor home. She was injured by shrapnel. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| "MM" (Mor) | A minor, by her father and natural guardian, Zion Mor, and by her mother and natural guardian, Revital Mor | Yes/ Safed, Israel | Rocket destroyed the Mor home. She suffered head trauma and other injuries. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |

-9-

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| "CIM" (Mor) | A minor, by her father and natural guardian, Zion Mor, and by her mother and natural guardian, Revital Mor | Yes/ Safed, Israel | Rocket directly destroyed the Mor home. She was injured by shrapnel. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Mor, Zion | Individually, and as natural guardian of plaintiffs "ANM", "BZM", "MM" and "CIM" | Yes/ Safed, Israel | Rocket destroyed the Mor home. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Mor, Revital | Individually, and as natural guardian of plaintiffs "ANM", "BZM", "MM" and "CIM" | Yes/ Safed, Israel | Rocket directly struck and destroyed the Mor home. She was injured by shrapnel. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Tarrabashi, Adham Mahane | Individually | Yes/? | Rockets landed near Tarrabashi, Emillia Aslan and Jihan Aslan. Suffered psychological and emotional injuries. | 7/25/06; 8/4/06 | Kfar Maghar, Israel |
| Aslan, Emillia Salman | Individually | Yes/? | Rockets landed near Tarrabashi, Emillia Aslan and Jihan Aslan. Suffered psychological and emotional injuries. | 7/25/06; 8/4/06 | Kfar Maghar, Israel |

#13079526 v1

| Plaintiff | Capacity in Which Claims Are Brought | Non- U.S. Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|
| Aslan, Jihan Kamud | Individually | Yes/? | Rockets landed near Tarrabashi, Emillia Aslan and Jihan Aslan. Suffered psychological and emotional injuries. | 7/25/06; 8/4/06 | Kfar Maghar, Israel |
| Sa'ad, Zohara Louie | Individually | Yes/? | Rocket struck her workplace. She suffered psychological, emotional and financial injuries. | 7/25/06 | Kfar Maghar, Israel |
| "IZG" (Ghanam) | A minor, by his father and natural guardian Ziad Shchiv Ghanam, and by his mother and natural guardian, Gourov Tisir Ghanam | Yes/ Kfar Maghar, Israel | Rocket hit his family's home. Suffered psychological and emotional injuries. | 7/25/06 | Kfar Maghar, Israel |
| Ghanam, Ziad Shchiv | Individually, and as natural guardian of plaintiff "IZG" | Yes/Kfar Maghar, Israel | Rocket hit his family's home. He suffered physical, psychological and emotional and financial injuries. | 7/25/06 | Kfar Maghar, Israel |
| Ghanam, Gourov Tisir | Individually, and as natural guardian of plaintiff "IZG" | Yes/ Kfar Maghar, Israel | Rocket hit her family's home. She suffered psychological and emotional injuries. | 7/25/06 | Kfar Maghar, Israel |

#13079526 v1

-12-

#13079526 v1