UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:10-CV-00483 (RWR) |
| CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| *Defendants*. | |

**MEMORANDUM OF LAW OF BANK SADERAT IRAN AND BANK SADERAT PLC
IN SUPPORT OF THEIR MOTION TO DISMISS**

# EXHIBIT G

EXHIBIT G

# SUMMARY OF PLAINTIFFS' CLAIMS UNDER ATCA (FIFTH CLAIM)

| Plaintiff | Capacity in Which Claims Are Brought | Counts | Non- U.S. Citizen/ Residency | Claimed Fatality/Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Juma'a, Miriam | Individually, and as Personal Representative of the Estate of Fadya Juma'a | 5 (ATCA) 6, 7 (Israeli Law) | Yes/ Arb El-Aramshe, Israel | Rocket landed near the family home, killing Fadya Juma'a and her daughters Samira Juma'a and Sultana Juma'a, Plaintiff Miriam Juma'a is the mother and grandmother of decedents. She suffered psychological and emotional injuries. | 8/5/06 | Arb El-Aramshe, Israel |
| Juma'a, Salah | Individually, and, with Said Juma'a and Abd El-Rahman Juma'a as Personal Representative of the Estate of Samira Juma'a | 5 (ATCA) 6, 7 (Israeli Law) | Yes/? | Is a sibling of decedent Samira[1] Juma'a.  She suffered psychological and emotional injuries. | 8/5/06 | Arb El-Aramshe, Israel |

---

[1] But see ¶90 of complaint

#13079585 v1

| Plaintiff | Capacity in Which Claims Are Brought | Counts | Non- U.S. Citizen/ Residency | Claimed Fatality/Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Juma'a, Said | Individually, and, with Salah Juma'a and Abd El-Rahman Juma'a as Personal Representative of the Estate of Samira Juma'a | 5 (ATCA) 6, 7 (Israeli Law) | Yes/? | Is a sibling of decedent Samira Juma'a.[2] She suffered psychological and emotional injuries. | 8/5/06 | Arb El-Aramshe, Israel |
| Juma'a, Abd El-Rahman | Individually, and, with Salah Juma'a and Said Juma'a as Personal Representative of the Estate of Samira Juma'a | 5 (ATCA) 6, 7 (Israeli Law) | Yes/? | Is a sibling of decedent Samira Juma'a.[3] She suffered psychological and emotional injuries. | 8/5/06 | Arb El-Aramshe, Israel |
| Abu-Shahin, Rahma | Individually | 5 (ATCA) 6, 7 (Israeli Law) | Yes/? | Is a sibling of Samira Juma'a.[4] He sufferred psychological and emotional injuries. | 8/5/06 | Arb El-Aramshe, Israel |

---

[2] But see ¶90 of complaint

[3] But see ¶90 of complaint

[4] But see ¶90 of complaint

#13079585 v1

| Plaintiff | Capacity in Which Claims Are Brought | Counts | Non-U.S. Citizen/ Residency | Claimed Fatality/Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Gahni, Abdel Gahni Abdel | Individually, and as Personal Representative of the Estate of Soltana Juma'a | 5 (ATCA) 6, 7 (Israeli Law) | Yes/? | Is the husband of decedent Soltana Juma'a. He suffered psychological, emotional and financial injuries. | 8/5/06 | Arb El-Aramshe, Israel |
| Azzam, Shadi Salman | Individually, as the Personal Representative of the Estate of Manal Camal Azam, and as natural guardian of plaintiffs "KSA" and "ASA" | 5 (ATCA) 6, 7 (Israeli Law) | Yes/ M'rar, Israel | Rocket struck the Azzam home, killing his wife. He suffered psychological, emotional and financial injuries. | 8/4/06 | M'rar, Israel |
| "KSA" (Azzam) | A minor, by his father and natural guardian, Shadi Salman Azzam | 5 (ATCA) 6, 7 (Israeli Law) | Yes/ M'rar, Israel | Rocket struck the Azzam home, killing her mother and injuring her. She suffered physical, psychological and emotional injuries. | 8/4/06 | M'rar, Israel |
| "ASA" (Azzam) | A minor, by his father and natural guardian, Shadi Salman Azzam | 5 (ATCA) 6, 7 (Israeli Law) | Yes/ M'rar, Israel | Rocket struck the Azzam home, killing his mother and injuring him. He suffered physical, psychological and emotional injuries. | 8/4/06 | M'rar, Israel |

| Plaintiff | Capacity in Which Claims Are Brought | Counts | Non- U.S. Citizen/ Residency | Claimed Fatality/Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Dagesh, Adina Machasan | Individually | 5 (ATCA)  6, 7 (Israeli Law) | Yes/? | Is a relative of the Azzam family and was present in the home at the time of the attack. She suffered psychological and emotional injuries. | 8/4/06 | M'rar, Israel |

#13079585 v1