UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:10-CV-00483 (RWR) |
| CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| *Defendants*. | |

**MEMORANDUM OF LAW OF BANK SADERAT IRAN AND BANK SADERAT PLC
IN SUPPORT OF THEIR MOTION TO DISMISS**

# EXHIBIT H

EXHIBIT H

# AMERICAN PLAINTIFFS ASSERTING CLAIMS UNDER CLAIMS 1 AND 2

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Kaplan, Chaim | Individually, and as natural guardian of plaintiffs "MK1", ALK" "MK2", "CK" and "EK" | 1, 2 (FSIA)<br><br>3, 4 (ATA)<br><br>6, 7 (Israeli Law) | Yes/ Safed, Israel | Was injured by two rockets: one hit his car and the other his family's home, injuring him. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Kaplan, Rivka | Individually, and as natural guardian of plaintiffs "MK1", ALK" "MK2", "CK" and "EK" | 1, 2 (FSIA)<br><br>3, 4 (ATA)<br><br>6, 7 (Israeli Law) | Yes/ Safed, Israel | Rocket hit her family's home, injuring her. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| "MK(1)" (Kaplan) | A minor, by her father and natural guardian, Chaim Kaplan, and by her mother and natural guardian, Rivka Kaplan | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rocket hit her family's home, injuring her, her parents and her four siblings. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| "ALK" (Kaplan) | A minor, by his father and natural guardian, Chaim Kaplan, and by his mother and natural guardian, Rivka Kaplan | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rocket hit his family's home, injuring him. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| "MK(2)" (Kaplan) | A minor, by his father and natural guardian, Chaim Kaplan, and by his mother and natural guardian, Rivka Kaplan | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rocket hit his family's home, injuring him. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |

#13079593 v1

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| "CK" (Kaplan) | A minor, by her father and natural guardian, Chaim Kaplan, and by her mother and natural guardian, Rivka Kaplan | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rocket hit her family's home, injuring her. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| "EK" (Kaplan) | A minor, by his father and natural guardian, Chaim Kaplan, and by his mother and natural guardian, Rivka Kaplan | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rocket hit his family's home, injuring him. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Fuchs, Michael | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Rocket landed near where he was driving. Shrapnel caused him injuries. He suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |

-3-

#13079593 v1

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Reuvane, Avishai | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Was injured by rocket and suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Aron, Elisheva | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Was injured by rocket and suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Kumer, Chayim | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Suffered a nervous breakdown and was hospitalized. He suffered psychological, emotional and financial injuries. | Not specified | Safed, Israel |
| Kumer, Nechama | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Nervous breakdown and hospitalization of her husband caused harm to her. She suffered psychological, emotional and financial injuries. | Not specified | Safed, Israel |

-4-

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Ardstein, Keren | Individually, and as natural guardian of plaintiffs "MA", "NA", "ACA" and "NYA" | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rockets landed near the family's home. She suffered physical, psychological, emotional and financial injuries. | Not specified | Safed, Israel |
| Ardstein, Brian | Individually, and as natural guardian of plaintiffs "MA", "NA", "ACA" and "NYA" | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rockets landed near the family's home. Suffered physical, psychological, emotional and financial injuries. | Not specified | Safed, Israel |
| "MA" (Ardstein) | A minor, by her father and natural guardian, Brian Ardstein, and by her mother and natural guardian, Keren Ardstein | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rockets landed near the family's home. She suffered physical, psychological, emotional and financial injuries. | Not specified | Safed, Israel |

-5-

#13079593 v1

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| "NA" (Ardstein) | A minor, by her father and natural guardian, Brian Ardstein, and by her mother and natural guardian, Keren Ardstein | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rockets landed near the family's home. She suffered physical, psychological, emotional and financial injuries. | Not specified | Safed, Israel |
| "ACA" (Ardstein) | A minor, by his father and natural guardian, Brian Ardstein, and by his mother and natural guardian, Keren Ardstein | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rockets landed near the family's home. He suffered physical, psychological, emotional and financial injuries. | Not specified | Safed, Israel |
| "NYA" (Ardstein) | A minor, by his father and natural guardian, Brian Ardstein, and by his mother and natural guardian, Keren Ardstein | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rockets landed near the family's home. He suffered physical, psychological, emotional and financial injuries. | Not specified | Safed, Israel |

#13079593 v1

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Rappeport, Laurie | Individually, and as natural guardian of plaintiff "MR" | 1, 2 (FSIA)  3, 4 (ATA)  6, 7 (Israeli Law) | Yes/ Safed, Israel | She was emotionally distraught over injuries sustained by her daughter. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| "MR" (Rappeport) | A minor, by her mother and natural guardian, Laurie Rappeport | 1, 2 (FSIA)  3, 4 (ATA)  6, 7 (Israeli Law) | Yes/ Safed, Israel | She was injured by rocket. She suffered physical, psychological, emotional and financial injuries. | 7/13/06 | Safed, Israel |
| Mor, Yair | Individually | 1, 2 (FSIA)  3, 4 (ATA)  6, 7 (Israeli Law) | Yes/? | The art gallery that he owned with his wife was destroyed. He suffered psychological, emotional and financial injuries. | 7/19/06 | Safed, Israel |
| Greenberg, Theodore | Individually | 1, 2 (FSIA)  3, 4 (ATA)  6, 7 (Israeli Law) | Yes/? | Rocket barrage caused tourism to halt. He suffered financial damages. | Summer 2006 | Safed, Israel |

#13079593 v1

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Greenberg, Maurine | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Rocket barrage caused tourism to halt. She suffered financial damages. | Summer 2006 | Safed, Israel |
| Katzmacher, Jacob | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Rocket barrage caused tourism to halt. He suffered financial damages. | Summer 2006 | Safed, Israel |
| Katzmacher, Deborah Chana | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Rocket barrage caused tourism to halt. She suffered financial damages. | Summer 2006 | Safed, Israel |
| Katzmacher, Chaya | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Rocket landed a few meters away from her causing psychological and emotional injury. | 7/13/[06] Complaint says 2008 | Safed, Israel |

#13079593 v1

| Plaintiff | Capacity in Which Claims Are Brought | Counts | US Citizen/ Residency | Claimed Injury | Claimed Date of Injury | Claimed Place of Injury |
|---|---|---|---|---|---|---|
| Steinberg, Mikimi | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/ Safed, Israel | Rocket landed on his house. He suffered financial damages. | 8/11/06 | Safed, Israel |
| Sauter, Jared | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Rocket barrage caused tourism to halt. He suffered financial damages. | Summer 2006 | Rosh Pina, Israel |
| Sauter, Danielle | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Rocket barrage caused tourism to halt. She suffered financial damages. | Summer 2006 | Rosh Pina, Israel |
| Mandel, Myra | Individually | 1, 2 (FSIA) 3, 4 (ATA) 6, 7 (Israeli Law) | Yes/? | Rockets damaged her art gallery; the rocket barrage caused tourism to halt. She suffered financial damages. | Summer 2006 | Safed, Israel |

#13079593 v1