UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:10-CV-00483 (RWR) |
| CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Defendants Bank Saderat Iran ("BSI") and Bank Saderat PLC ("BSPLC") have filed a motion seeking to dismiss the Complaint as to BSI and BSPLC pursuant to Fed. R. Civ. P. 12(b). Upon consideration of the motion, the opposition thereto, and the record of this case, it is hereby

ORDERED that the motion to dismiss is GRANTED. The complaint is dismissed with prejudice.

SIGNED this ____ day of _____, 2010.

RICHARD W. ROBERTS
United States District Judge