UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X
CHAIM KAPLAN, *et al.*,

        Plaintiffs,

-against-

THE CENTRAL BANK OF THE ISLAMIC
REPUBLIC OF IRAN, *et al.*,

        Defendants.

------------------------------------------------------------------ X

Civil Action No: 10-483 (RWR)

**NOTICE OF REQUEST FOR SUMMONS**

The Plaintiffs herein hereby request that the Clerk of this Court issue a new summons to be filed upon the Defendant Islamic Republic of Iran so that the Plaintiffs may attempt service upon it pursuant to 28 U.S.C. § 1608(a)(4). A prepared summons form is attached to this notice.

Dated:      April 4, 2013
                Brooklyn, New York

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Counsel for the Plaintiffs*

by: /s/ Robert J. Tolchin

Robert J. Tolchin
  (D.C. Bar # NY0088)
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
rjt.berkman@gmail.com