SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland       )
Bern, Canton of Bern               ) SS:
Embassy of the United States of America )

I, Randy Townsend, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 22955 dated February 5, 2014, which was transmitted to the Swiss Ministry of Foreign Affairs on February 5, 2014 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)


Randy TOWNSEND
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


March 6, 2014
(Date)



RECEIVED
Mail Room

MAR 2 5 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

*Embassy of the United States of America*

February 5, 2014

CONS NO.     22955

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundeshaus Nord
3003 Bern


Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) - Kaplan, et al. v. Islamic Republic of Iran, et. al., Civil Action No. 10-cv-483(RWR)


REF:         ----


The Department of State has requested the delivery of the enclosed Summonses, Complaints and Notices of Suit to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Kaplan, et al. v. Islamic Republic of Iran, et al., Civil Action No. 10-cv-483(RWR).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran.  There are two defendants to be served in this case: the Islamic Republic of Iran and Central Bank of the Islamic Republic of Iran.  The American Interests Section should transmit the Summonses, Complaints and Notices of Suit to the Iranian Ministry of Foreign Affairs under cover of two diplomatic notes utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed are two appropriate parts of a message the Embassy received from the Department of State as well two sets of documents for the Islamic Republic of Iran and the Central Bank of the Islamic Republic of Iran.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland            )
rn, Canton of Bern                    ) SS:
bassy of the United States of America )

rtify that the annexed document bears the genuine seal
he Swiss Federal Department of Foreign Affairs.

rtify under penalty of perjury under the laws of the
ed States that the foregoing is true and correct.



_Randy Townsend_
(Signature of Consular Officer)


Randy TOWNSEND
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


March 6, 2014
(Date)



RECEIVED
Mail Room

MAR 2 5 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

eizerische Eidgenossenschaft
nfédération suisse
onfederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

21429

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons note No. 22955 dated February 05, 2014 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Lawsuit Kaplan, et al. v. Islamic Republic of Iran, et al., Case No.10-cv-483 (RWB).

- Note No. 1016-IE addressed to the Islamic Republic of Iran
- Note No. 1017-E addressed to Central Bank of the Islamic Republic of Iran,

dated February 12, 2014 and proof of service, dated February 16, 2014, as well as the certification by the Swiss Federal Chancellery dated February 25, 2014.

The section has received the above mentioned documents on February 10, 2014. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic notes on February 16, 2014. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, February 26, 2014

_Enclosure mentioned_



To the
Embassy of the
United States of America

Berne

Case 1:10-cv-00483-RCL   Document 47-1   Filed 03/25/14   Page 6 of 13

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland    )
Bern, Canton of Bern            ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the
genuine signature and seal of the following named official
who, in an official capacity, is empowered by the laws of
Switzerland to execute that document.

I certify under penalty of perjury under the laws of the
United States that the foregoing is true and correct.

Yvonne AGOSTI
(Typed name of Official who executed the annexed document)


(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

March 6, 2014
(Date)



RECEIVED
Mail Room

MAR 2 5 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1016-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Kaplan, et al. v. Islamic Republic of Iran, et al., and Central Bank of the Islamic Republic of Iran, Civil Action No. 10-cv-483 (RWR), which is pending in the U.S. Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations

Tehran, 12 February 2014

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1016-IE dated February 12, 2014 and delivered to the Iranian Ministry of Foreign Affairs on February 16, 2014.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 16, 2014



**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by   Edith Salamanca

3. acting in the capacity of deputy head of foreign interests section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne            6.   the 25 February 2014

7. by Yvonne Agosti
   functionary of the Swiss federal Chancellery

8. No  004325

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

شماره IE-۱۰۱۶

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان کاپلان، و دیگران، علیه جمهوری اسلامی ایران و افراد دیگر، تحت پرونده مدنی شماره (RWR) 10-cv-483، که در دادگاه ناحیه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله احضاریه و شکایت را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت، اطلاعیه دادخواست تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ بیست و سوم بهمن ماه ۱۳۹۲ (۱۲ فوریه ۲۰۱۴)



پیوست: ۱- احضاریه، شکایت و اطلاعیه دادخواست
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران.
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland         )
n, Canton of Bern                 ) SS:
assy of the United States of America )

rtify that the annexed document is executed by the
ine signature and seal of the following named official
in an official capacity, is empowered by the laws of
zerland to execute that document.

tify under penalty of perjury under the laws of the
d States that the foregoing is true and correct.

Yvonne AGOSTI
Ty  d name of Official who executed the annexed document)


_Randy Townsend_
(Signature of Consular Officer)


Randy TOWNSEND
(Typed name of Consular Officer)


onsul General of the United States of America
(Title of Consular Officer)


March 6, 2014
(Date)


RECEIVED
Mail Room

MAR 2 5 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1017-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Kaplan, et al. v. Islamic Republic of Iran, et al., and Central Bank of the Islamic Republic of Iran, Civil Action No. 10-cv-483 (RWR), which is pending in the U.S. Federal District Court for the District of Columbia. Central Bank of the Islamic Republic of Iran is a defendant in this case. The Embassy transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations



Tehran, 12 February 2014

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1017-IE dated February 12, 2014 and delivered to the Iranian Ministry of Foreign Affairs on February 16, 2014.



Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 16, 2014



**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

    This public document

2. has been signed by    Edith Salamanca

3. acting in the capacity of deputy head of foreign interests section

4. bears the seal/stamp of

    Embassy of Switzerland US Interests Section Tehran

    Certified

5. at Berne                       6.    the 25 February 2014

7. by Yvonne Agosti
   functionary of the Swiss federal Chancellery

8. No .......004326

9. Seal/stamp:                 10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره IE-۱۰۱۷

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان کاپلان، و دیگران، علیه جمهوری اسلامی ایران و افراد دیگر، تحت پرونده مدنی شماره (RWR) 10-cv-483، که در دادگاه ناحیه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. بانک مرکزی جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله احضاریه و شکایت را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت، اطلاعیه دادخواست تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ بیست و سوم بهمن ماه ۱۳۹۲ (۱۲ فوریه ۲۰۱۴)



پیوست: ۱- احضاریه، شکایت و اطلاعیه دادخواست
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>