UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X

CHAIM KAPLAN, et al.,           10-CV-483 (RCL)

        Plaintiffs,

     -against-

CENTRAL BANK OF THE ISLAMIC REPUBLIC OF
IRAN, et al..

        Defendants.

-------------------------------------------------------------------X

## MOTION FOR JUDGMENT ON DEFAULT

Plaintiffs respectfully move this Court for the entry of a judgment on default as against the defendants a) Central Bank of the Islamic Republic of Iran; and b) The Islamic Republic of Iran.

The clerk has noted these defendants' defaults (DE 50).

While entry of default alone normally establishes a defendant's liability, the FSIA provides that: "No judgment by default shall be entered…against a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state, unless the claimant establishes his claim or right to relief by evidence satisfactory to the court." FSIA § 1608(e).

Accordingly it is respectfully requested that following the evidentiary hearing presently scheduled for May 27, 2014, the court enter a judgment on default as against the defendants a) Central Bank of the Islamic Republic of Iran; and b) The Islamic Republic of Iran.

Dated:   Brooklyn, New York
           May 12, 2014

       Respectfully submitted,

       THE BERKMAN LAW OFFICE, LLC
       *Attorneys for the Plaintiffs*

by: _____
       Robert J. Tolchin

       111 Livingston Street, Suite 1928
       Brooklyn, New York 11201
       718-855-3627