# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHAIM KAPLAN, *et al*.,

        Plaintiffs,

                                      Civ. No. 10-483(RCL)

    v.

CENTRAL BANK OF THE ISLAMIC
REPUBLIC OF IRAN, *et al*.,

        Defendants.

## DECLARATION OF BENJAMIN WEINTHAL

I, Benjamin Weinthal, of Berlin, Germany, this 11th day of December, 2015, declare pursuant to 28 U.S.C. § 1746, as follows, subject to the penalties for perjury:

**A. Professional Background**

1.      I am a research fellow at the Foundation for Defense of Democracies ("FDD") in Washington D.C., a position I have held for the last five years. FDD is a non-partisan 501(c)(3) policy institute focusing on foreign policy and national security. FDD works to defend free nations and democratic values in the face of present-day security threats, in particular, the threat of international terrorism. My research at FDD focuses on Iran and its terrorist proxy Hezbollah, particularly, illicit financial transactions and sanctions evasion and the financial and commercial relationships between European companies and financial institutions and Iran.

2.      At the same time, since 2002 I have worked as a freelance investigative journalist in Europe with a focus on relations between the European Union and Iran and the Hezbollah terrorist organization in Europe. Through my research at FDD and my work as an investigative journalist, I have extensively researched Iran, its financial sector and trading relationships and its

1

evasion of sanctions and support for terrorism, particularly Hezbollah. My research has uncovered information about how Iranian companies evade sanctions and has even led international engineering giant Siemens to reduce its trade with Iran.

3.      Prior to 2002, I held a variety of positions unrelated to my current work and research.

4.      In my dual positions as a research fellow at FDD and an investigative journalist, I spend approximately 85% of my time researching and writing about Iran's financial system, illicit finance and sanctions evasions and joint Hezbollah-Iran terrorism. In my research, I typically rely on a variety of types of sources, including authoritative academic sources, speeches and governmental sources from the United States and the European Union. I have interviewed government officials, intelligence officials, experts in the field, diplomats, Iranian expatriates, academic scholars and political leaders. In addition, I have attended al-Qaeda trials in Germany in which the terrorist suspects received assistance from Iran. I co-authored an article about Iranian assistance to al-Qaeda which was published in The Weekly Standard.[1]

5.      Over the last 13 years, I have published more than 100 articles about Iran's financial system, illicit finance and sanctions evasions and joint Hezbollah-Iran terrorism. I contribute on a weekly basis analysis articles to The Jerusalem Post, Israel's largest English daily. My writings have appeared in the Wall Street Journal Europe, The Independent in the UK, The Guardian, The New York Daily News, Foreign Policy, The New York Post, Canada's National Post, Slate, The National Interest, Forbes, Politico Europe, The Weekly Standard and The National Review. My articles also have appeared in German, French and Bulgarian outlets. I publish approximately 30 articles per year.

---

[1]      Joscelyn, Thomas and Weinthal, Benjamin, Al Qaeda's Network in Iran, April 2, 2012, *The Weekly Standard*, available at http://www.weeklystandard.com/article/al-qaeda-s-network-iran/634428.

6.      One of my articles about the Arab Spring titled *Trade Unions: The Revolutionary Social Network at Play in Egypt and Tunisia* was reprinted in *The Arab Spring: Rebellion, Revolution and a New World Order,* published by The Guardian Newspaper in 2012.

7.      I have also written on the topic of anti-Semitism. My academic essay titled *How Bad is Modern European Anti-Semitism? Making Sense of Contemporary European Anti-Semitism in post-Holocaust Europe* will be published in a forthcoming book tentatively titled *Anti-Semitism and Contemporary Perspectives* edited by Dr. Charles Small.

8.      I regularly appear as a commentator to discuss topics related to Iran and terror financing on radio and television programs, including: The BBC, The John Batchelor Show, Canada's The Current, The Sid Rosenberg Show, and Fox News.

9.      I have delivered talks and briefings to various government officials and parliaments on joint Hezbollah-Iran terrorism and illicit finance, including to the U.S. Congress and the Spanish Parliament. I joined Matthew Levitt and Tony Badran to discuss the global reach of Hezbollah in one such Capitol Hill briefing in 2013 in which we addressed Congressional staff and Representatives and foreign diplomatic officials.

10.     I frequently appear at Middle East conferences in the United States and abroad to deliver lectures on Iran's terrorism reach and the role of Hezbollah in advancing the ideology and goals of the Islamic Republic of Iran. I have lectured at the American Israel Public Affairs Committee (AIPAC) Washington policy conferences and the Institute for the Study of Global anti-Semitism, which was at Yale and is now in New York.

11.     I hold a Masters of Philosophy from University of Cambridge, England and a B.A. from New York University where I graduated Phi Beta Kappa.

12.     I am fluent in German and conversant in Hebrew. The FDD employs fluent Arabic-speaking and Persian-speaking researchers on whom I rely for source material in those languages.

13.     A copy of my CV is attached as Exhibit A.

**B.   <u>Nature of this Expert Witness Report</u>**

14.     I have been asked by counsel for plaintiffs in the case of *Kaplan, et al. v. The Central Bank of Iran*, *et al.* to provide my professional opinion as to whether The Central Bank of Iran ("CBI") provided financing to Hezbollah in the period prior to and during the Second Lebanon War of 2006.

15.     My opinion, as set forth below, is based upon my research and publishing over the course of many years as a research fellow at the FDD and an investigative journalist with a particular focus on Iran's financial system, illicit finance and sanctions evasions and joint Hezbollah-Iran terrorism. During the course of my professional career, I have obtained information from interviews with intelligence officials across Europe and in the Middle East. I have analyzed intelligence reports from diverse sources in Europe on terror financing in connection with Iran and Hezbollah. My interviews have encompassed leading European MPs who are well versed in Iranian and Hezbollah terrorism. I have conversed with my colleagues in the fields of illicit finance centered on Iran and Hezbollah over the last 10 years. My travel in the Middle East (including to Israel and the Syria/Turkey border)—and throughout Europe—has expanded my knowledge base on the joint Hezbollah-Iranian operations.

16.     Moreover, in preparing this opinion, I have examined the complaint filed by the plaintiffs against the defendants.

C.  **The Historical Interplay Between Hezbollah and the Islamic Republic of Iran**

17.     Hezbollah launched its most lethal terrorist act 30 years ago. Twin truck bombs hit U.S. and French military barracks in Beirut, killing 241 U.S. servicemen and 58 French paratroopers. The seeds of Hezbollah's creation can be traced to the revolutionary ideology of the founder of the Islamic Republic of Iran—Ayatollah Ruhollah Khomeini.

18.     Tony Badran, an expert on the Levant at FDD, invoking the work of the Israeli Hezbollah expert Shimon Shapira, shows the close relationship between the 1983 Beirut attacks and the current regime of Iranian President Hassan Rouhani. He writes:

> The man responsible for the attack was an Iranian Revolutionary Guard Corps (IRGC) commander named Hossein Dehghan—the man Iranian president Hassan Rouhani recently tapped to be his defense minister. In other words, Hezbollah and the Islamic Republic of Iran have been joined at the hip from the very beginning, even before the 1979 Iranian revolution.[2]

19.     Decades later, Hezbollah remains committed to killing U.S. military personnel. In January 2007, Hezbollah operative Ali Mussa Daqduq played a critical role in the murders of five U.S. soldiers in Iraq.[3] In 2012, the Iraqi authorities permitted Daqduq to leave for Lebanon, ignoring American objections.[4]

20.     Iran expert Amir Taheri outlined Rouhani's false promise that he would scale down Iran's military presence in Syria. According to Taheri:

---

[2]     Badran, Tony, The Secret History of Hezbollah, November 25, 2013, *The Weekly Standard*, available at http://www.weeklystandard.com/articles/secret-history-hezbollah_767144.html?page=1

[3]     May 16, 2011 Letter by Senators to Attorney General Eric Holder, available at http://www.longwarjournal.org/threat-matrix/images/Daqduq-Senate-Letter-LWJ.pdf

[4]     Gordon, Michael, Against U.S. Wishes, Iraq Releases Man Accused of Killing American Soldiers, Nov. 16, 2012, *The New York Times*, available at http://www.nytimes.com/2012/11/17/world/middleeast/iraq-said-to-release-hezbollah-operative.html

> Brig-Gen. Muhammad Jamalizadeh, a senior commander of the Quds Corps, the unit in charge of 'exporting revolution,' was killed this week [the first week of November 2013] in combat in Syria. By best estimates, over 500 Quds members are in Syria, mostly to command units of the Lebanese Hezbollah.[5]

21.    The Quds Corps is a highly specialized unit of Iran's Revolutionary Guards Corps. The United States Treasury Department designated the Quds force as a terrorist organization for its aid to various other terrorist groups, including Hezbollah.[6]

22.    Hezbollah can best be understood as a movement striving to meet the ideological aims of Khomeinism. In short, Hezbollah is a product of the expansionist Iranian Islamic ideology. The telling example of the joint military activities in Syria between Hezbollah and Iran's Qods Corps illustrates the continued close ties between Iran and Hezbollah.

23.    The United States intelligence establishment views the relationship between Iran and Hezbollah to be one of a "strategic partnership." Dr. Matthew Levitt, author of an authoritative book on the Lebanese militia titled "Hezbollah: The Global Footprint of Lebanon's Party of God," argues that "both Iran and Hezbollah see themselves in a strategic partnership, far beyond a traditional patron-proxy relationship." Dr. Levitt directs the Washington Institute's Stein Program on Counterterrorism and Intelligence. He served from 20005 to 2007 as the deputy assistant secretary for intelligence and analysis in the U.S Department of Treasury.

24.    The financial and terrorism relations between Hezbollah and Iran are grounded in Khomeini's revolutionary Islamic ideology.

---

[5]    Taheri, Amir, New Iranian Pres Breaks 'Healing' Promises, Nov. 7, 2013, *The New York Post*, available at http://nypost.com/2013/11/07/new-iranian-prez-breaks-his-healing-promises/

[6]    *Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism*, Oct. 25, 2007, U.S. Dep't of Treasury, available at https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx

**D.** **Joint Iran-Hezbollah Terrorist Operations and Designations of Hezbollah as a Terrorist Party**

25.     The European Union's decision in July 2013 to place Hezbollah's so-called military wing on its terror list resulted from a joint Iran-Hezbollah act of terrorism in Burgas, Bulgaria in 2012. For many years prior to that, the United States, Israel, Canada, and the Netherlands have considered the entire Hezbollah organization to be a terrorist entity. The Netherlands proscribed Hezbollah as terrorist entity in 2004. Canada outlawed the Hezbollah organization in 2002. Israel designated Hezbollah a terrorist organization in 1989.

26.     The United Kingdom banned Hezbollah's terrorist wing in 2000 and, in 2008, the group's military wing. The Clinton administration designated Hezbollah a Specially Designated Terrorist ("SDT") in 1995, and as a Foreign Terrorist Organization in 1997.

27.     In late November 2015, the U.S Senate passed H.R. 2297, the "Hezbollah International Financing Prevention Act of 2015" to clamp down on Hezbollah's illicit global finance operation." This legislation would impose new sanctions on entities providing support to Hezbollah.[7]

28.     The Hezbollah-Iran terror attack in Burgas caused the deaths of five Israelis and their Bulgarian bus driver. What was frequently overlooked in the EU-terror designation was the role of Iran.

29.     American and Israeli intelligence sources declared the terrorism attack to be a coordinated Iran-Hezbollah operation.[8]

---

[7]     Nov. 17, 2015 Senate Amendments to House Bill 2297, available at http://www.gpo.gov/fdsys/pkg/BILLS-114hr2297eas/pdf/BILLS-114hr2297eas.pdf

[8]     Kulish, Nicholas and Schmitt, Eric, Hezbollah is Blamed for Attack on Israeli Tourists in Bulgaria, July 19, 2012, *The New York Times*, available at http://www.nytimes.com/2012/07/20/world/europe/explosion-on-bulgaria-tour-bus-kills-at-least-five-israelis.html.

30.     Shortly after the Burgas bombing, U.S. Rep. Ileana Ros-Lehtinen (R-FL), then chairwoman of the House Foreign Affairs Committee, sent a letter to European officials urging the EU to list Hezbollah as a foreign terrorist organization.

31.     In September 2012, 75 U.S. senators wrote the then-EU foreign affairs chief, Catherine Ashton, requesting that she take action to ban Hezbollah. According to the letter, "Primarily through Iran's Republican Guard Corps, Hezbollah has been the largest beneficiary of Iran's support for terrorist activities, and in the past year, there has been a sharp spike in terrorist attacks planned by Iran and Hezbollah throughout the world."[9]

32.     The thread that weaves itself through the relationship between Hezbollah and Iran is largely one of combined finance and joint-terrorism operations.

**E.  The Second Lebanon War of 2006**

33.     Hezbollah launched attacks on July 12th, 2006 into Israel's northern border. The incursion hit two Israeli Defense Forces vehicles, resulting in the deaths of three soldiers, two injured soldiers and two soldiers abducted by Hezbollah.

34.     In response, Israel launched a counter-attack to secure the kidnapped soldiers, push Hezbollah combatants out of southern Lebanon and reach a cessation of fire. The IDF conducted air strikes on Hezbollah armament storages, training camps and its command headquarters.

35.     During this time, Hezbollah fired hundreds of rockets into civilian areas in Israel. Israelis in the north, including those living in the city of Haifa, fled into shelters to insulate themselves from Hezbollah missile fire.

---

[9]     Sen. Toomey Signs Bipartisan Letter to EU Urging Terrorist Designation for Hezbollah, Sept. 14, 2012, available at http://www.toomey.senate.gov/?p=video&id=706.

36.     The military operations concluded on August, 14, 2006. The 33 day conflict resulted in the loss of 164 Israeli civilian lives and hundreds of injuries. Hezbollah launched roughly 4,000 rockets into Israeli territory.

37.     The UN Security Council adopted resolution 1701 to end the conflict. The United Nations Interim Force in Lebanon (UNIFIL) assumed responsibility of Southern Lebanon's border with Israel. Lebanon's army, along with UNIFIL, was tasked with disarming the border area on the Lebanese side (i.e., Hezbollah). UNIFIL failed to accomplish its mission. According to recent reports, Hezbollah has rearmed its war machine with Iranian funds. Hezbollah has amassed 100,000 new rockets since 2006.[10] Many Middle East experts predict the next Israeli war will involve Hezbollah because of its ongoing hostility toward Israel.[11]

38.     As of 2014, Germany's domestic intelligence agency—Verfassungsschutz—classifies Hezbollah as an organization committed to the destruction of Israel that uses terrorism.[12]

**F.  Iran Used its Financial Institutions to Finance Terrorist Organizations, Including Hezbollah, Prior to and During the Second Lebanon War**

39.     There is no doubt that Iran's historic funding of Hezbollah continued during the period leading up to and including the Second Lebanon War.

40.     Prior to the Second Lebanon War, Hezbollah's spokesman Hussein Nabulsi said "It's no secret that Hezbollah receives financial help from Iran, but not from Syria."[13]

---

[10]     Hearing Before the United States Senate Committee on Armed Services to Examine the Joint Comprehensive Plan of Action (JCPOA) and the Military Balance in the Middle East, Aug. 4, 2015, available at http://www.armed-services.senate.gov/download/edelman_08-04-15

[11]     Schanzer, Jonathan, The Winds of War in Lebanon, Feb. 11, 2013, FDD, available at http://www.defenddemocracy.org/media-hit/the-winds-of-war-in-lebanon/

[12]     *See* https://www.verfassungsschutz.de/embed/vsbericht-2014.pdf.

41.     The Washington Post reported at the outset of the Second Lebanon War that Iran provides Hezbollah "a steady flow of Iranian money to acquire effective weaponry."[14]

42.     In early August that year, Janes Defense Weekly reported that Hezbollah requested Iran provide "a constant supply of weapons" to support its military activities against Israel."[15]

43.     In addition, U.S. Courts, including the Court in this case, have repeatedly found that Iran has been providing material support to Hezbollah in the form of millions of dollar in financing and weapons since the 1980's. *See Kaplan v. Hezbollah*, 55 F. Supp.3d 189, 197 (D.D.C. 2014); *see also, e.g., Oveissi v. Islamic Republic of Iran,* 879 F. Supp.2d 44, 53 (D.D.C. 2012); *Kilburn v. Islamic Republic of Iran,* 699 F. Supp.2d 136, 153 (D.D.C. 2010); *Brewer v. Islamic Republic of Iran,* 664 F. Supp.2d 43, 54 (D.D.C. 2009); *Ben Rafael v. Islamic Republic of Iran*, 540 F. Supp.2d 39, 47 (D.D.C. 2008); *Sutherland v. Islamic Republic of Iran*, 151 F. Supp.2d 27, 43-44 (D.D.C. 2001); *Polhill v. Islamic Republic of Iran*, 2001 WL 34157508, at *4 (D.D.C. Aug. 23, 2001); *Anderson v. Islamic Republic of Iran*, 90 F. Supp. 2d 107, 113 (D.D.C. 2000).

44.     Moreover, Iran's central bank – CBI – played a significant role in funneling money to Hezbollah and other terrorist groups during this period.

45.     I consider official statements by government officials in the U.S and the EU to be particularly reliable because of the investigative and intelligence resources available to state

---

[13]     Lebanon: The Many Hands and Faces of Hezbollah, March 29, 2006, *Irin News* available at http://www.irinnews.org/report/26242/lebanon-the-many-hands-and-faces-of-hezbollah.

[14]     *Id*.

[15]     Harvey, Benjamin, Missiles Neutralizing Israeli Tanks, Aug. 5, 2006, *The Washington Post*, available                                    at                                    http://www.washingtonpost.com/wp-dyn/content/article/2006/08/04/AR2006080401105.html.

institutions. EU and American counter-terrorism agencies have developed sophisticated data and intelligence collection methods since 9/11. Such statements serve as the basis for my research and presentations to European and American government officials on terrorism and terror finance.

46.     In a 2006 statement, the U.S Treasury Department noted that "Iran is a state sponsor of terrorism that has demonstrated a reckless intention to support, facilitate, and direct global terrorist activity."[16]

47.     In 2007, former United States Treasury Secretary Henry Paulson said:

> [I]n September 2006, Treasury cut Iran's state-owned Bank Saderat off from any direct or indirect access to the U.S. financial system, and publicly disclosed some of the information underlying that decision, ***including that the Central Bank of Iran was sending money through Bank Saderat to Hizballah***. We also disclosed evidence that Bank Saderat was providing financial services to other terrorist groups such as the Palestinian Islamic Jihad and Hamas.[17]

(emphasis added).

48.     A year later, the then-Deputy Assistant Secretary for Terrorist Financing and Financial Crimes Daniel Glaser noted the deceptive practices of Iran's financial system:

> Another method Iranian banks use to evade controls is to ask other financial institutions to remove their names when processing transactions through the international financial system. This practice is intended to elude the controls put in place by responsible financial institutions and has the effect of potentially involving those institution in transactions they would never engage in if they knew who, or what, was really involved. This practice allows Iran's banks to

---

[16]     Testimony of Pat O'Brien, Assistant Secretary Office of Terrorist Financing and Financial Crimes, U.S. Treasury Department Office of Public Affairs, June 22, 2006, available at http://www.iranwatch.org/sites/default/files/us-congress-sbhua-obrien-062206.pdf.

[17]     Remarks by Treasury Secretary Paulson on Targeted Financial Measures to Protect Our National Security, June 14, 2007, U.S. Department of Treasury, available at https://www.treasury.gov/press-center/press-releases/Pages/hp457.aspx.

remain undetected as they move money through the international financial system to pay for the Iranian regime's illicit and terrorist-related activities. ***This practice is even used by the Central Bank of Iran to facilitate transactions for sanctioned Iranian banks.***[18]

(emphasis added).

49.     This statement was echoed in 2008 Congressional testimony of then-Undersecretary of the Treasury, Stuart A. Levey, who said:

We also warned financial institutions about ***the conduct of the Central Bank of Iran, both in obscuring the true parties to transactions and in helping Iranian proliferation and terrorist-supporting entities avoid sanctions***.[19]

(emphasis added).

50.     Also in 2008, the U.S Treasury Department issued a fact sheet stating:

The Central Bank of Iran (CBI), the sole Iranian entity that regulates all Iranian banks, has not only engaged in deceptive practices itself – such as asking for its name to be removed from transactions – but has also encouraged such practices among Iran's state-owned banks.[20]

51.     As a result of these deceptive financial practices of Iranian financial institutions – led by CBI – prior to the Second Lebanon War, the entire Iranian financial sector was targeted for sanctions by the Obama Administration. Specifically, on November 21, 2011, the U.S. Treasury Department issued a Patriot Act Section 311 finding Iran to be "a jurisdiction of

---

[18]     Deputy Assistant Secretary for Terrorist and Financial Crimes Daniel Glaser Testimony April 17, 2008, U.S. Department of Treasury, available at https://www.treasury.gov/press-center/press-releases/Pages/hp933.aspx.

[19]     Testimony of Under Secretary for Terrorism and Financial Intelligence Stuart Levey, April 1, 2008, available at http://www.finance.senate.gov/imo/media/doc/040108sltest.pdf.

[20]     Treasury's Further Financial Restrictions on Iran, Steps Intended to Prevent Terrorist Financing, Proliferation Activities, Nov. 6, 2008, available at http://iipdigital.usembassy.gov/st/english/article/2008/11/20081107105758eaifas0.1254084.html?CP.rss=true#axzz3ozN5hlgQ

primary money laundering concern" due to the "illicit and deceptive financial activities" of its financial institutions, including CBI.[21]

52.     In connection with this finding, the Financial Crimes Enforcement Network of the U.S Treasury Department stated: "Iran relies on state agencies or state-owned financial institutions to facilitate WMD [weapons of mass destruction] proliferation and financing, and uses deceptive financial practices to facilitate illicit conduct and evade sanctions."[22]

53.     The Section 311 Patriot Act finding was immediately followed by new sanctions on CBI. Congress passed Section 1245 of the National Defense Authorization Act for FY 2012 ("NDAA FY 2012"), which was signed into law on December 31, 2011.[23] The law provided for specific sanctions with regard to CBI and banks engaging in transactions with CBI. A few months later, on August 10, 2012, this provision was amended by Section 504 of the Iran Threat Reduction and Syria Human Rights Act of 2012.[24]

54.     Additionally, on February 5, 2012, President Obama signed Executive Order 13599 targeting the Central Bank of Iran because, to quote the President:

> [] of the deceptive practices of the Central Bank of Iran and other Iranian banks to conceal transactions of sanctioned parties, the deficiencies in Iran's anti-money laundering regime and the weaknesses in its implementation, and the

---

[21]     Fact Sheet: New Sanction on Iran, Nov. 21, 2011, U.S. Dep't of Treasury, available at https://www.treasury.gov/press-center/press-releases/Pages/tg1367.aspx.

[22]     Finding That the Islamic Republic of Iran is a Jurisdiction of Primary Money Laundering Concern, Nov. 25, 2011, available at http://www.gpo.gov/fdsys/pkg/FR-2011-11-25/html/2011-30332.htm

[23]     NDAA FY 2012, available at http://www.gpo.gov/fdsys/pkg/PLAW-112publ81/pdf/PLAW-112publ81.pdf

[24]     Implementation of Section 504 of the Iran Threat Reduction and Syria Human Rights Act of 2012, available at https://www.treasury.gov/resource-center/faqs/Sanctions/Pages/faq_iran.aspx#tra_504. As detailed herein, some sanctions against the Central Bank of Iran were already in place prior to this time pursuant to the Comprehensive Iran Sanctions, Accountability, and Divestment Act of 2010.

continuing and unacceptable risk posed to the international financial system by Iran's activities.[25]

55.     The former Undersecretary for Terrorism and Financial Intelligence, David S. Cohen, testified in 2013 that sanctions and other penalties help "undercut the CBI's ability to facilitate the conduct of designated Iranian banks and to support Iran's illicit activities within Iran and abroad."[26]

56.     The U.S. sanctions with respect to CBI were followed internationally. In 2012, the transfer of funds via Society for Worldwide Interbank Financial Telecommunication (a.k.a. SWIFT) to CBI and other Iranian financial institutions was stopped.[27] Since almost all banking transactions pass through Belgium-based SWIFT, sometimes called the "glue" that holds the financial system together, this sanction effectively excluded Iranian banks from the international banking system.

57.     In 2013, Europe passed the most powerful set of non-military sanctions in its history, when the EU sanctioned CBI. The sanction included a freeze of the bank's assets.[28] The EU explicitly noted in its sanction publication that "restrictive measures should be imposed

---

[25]     Executive Order 13599, Blocking Property of the Government of Iran and Iranian Financial Institutions, available at https://www.whitehouse.gov/the-press-office/2012/02/06/executive-order-blocking-property-government-iran-and-iranian-financial- and http://www.gpo.gov/fdsys/pkg/FR-2012-02-08/pdf/2012-3097.pdf.

[26]     Treasury's Cohen at Senate Hearing on U.S. Iran Sanctions, June 4, 2013, available at http://iipdigital.usembassy.gov/st/english/texttrans/2013/06/20130604275459.html.

[27]     Dubowitz, Mark and Fixler, Annie, 'Swift' Warfare Power, Blowback, and Hardening American Defenses, July, 2015, *Foundation for Defense of Democracies*, available at http://www.defenddemocracy.org/content/uploads/publications/Cyber_Enabled_Swift.pdf.

[28]     The European Union and Iran, April 13, 2012, Europa, available at http://eeas.europa.eu/top_stories/2012/130412_iran_en.htm.

against CBI in view of its involvement in activities to circumvent sanctions imposed against Iran."[29]

58.     The EU's decision to cite CBI's duplicity in evading sanctions conforms with the bank's history of illicit terror finance, as reflected in the earlier statements by U.S. Treasury Department officials quoted herein.

### G. The Central Bank of Iran is Owned and Controlled by the Islamic Republic of Iran

59.     The Central Bank of Iran is the main financial artery of the country. The Islamic Republic of Iran owns the CBI.

60.     After the Islamic Revolution of 1979 in Iran, the CBI's mandate was changed to reflect the Constitution of the Islamic Republic of Iran. The Islamic Republic of Iran's Constitution is committed to exporting its ideology. Article 2 states "its fundamental role in ensuring the uninterrupted process of the revolution of Islam."[30] The Constitution provides that all Iranian banks are to be "owned publicly and administered by the state."[31] Former Undersecretary of the U.S. Treasury Department, Stuart A. Levey, classified CBI as a state-owned institution.[32]

---

[29]     Council Decision of Jan. 23, 2012, *Official Journal of the European Union*, available at http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=OJ:L:2012:019:0022:0030:EN:PDF.

[30]     The Constitution of the Islamic Republic of Iran, Iran Human Rights Documentation Center, available at http://www.iranhrdc.org/english/english/human-rights-documents/iranian-codes/3017-the-constitution-of-the-islamic-republic-of-iran.html?p=5.

[31]     U.S. Dep't of State Country Reports on Human Rights Practices, Iran, Feb. 23, 2011, http://www.state.gov/j/drl/rls/hrrpt/2000/nea/786.htm.

[32]     Press Roundtable with Stuart A. Levey, Under Secretary of the Treasury for Terrorism and Financial Intelligence, and John C. Rood, Assistant Secretary of State for International Security and Nonproliferation, July 12, 2007, available at http://germany.usembassy.gov/levey-roundtable.html

61.     The Research Division of the Library of Congress has confirmed that the Central Bank of Iran strictly oversees all Iranian banks.[33]

62.     According to the CBI's mission statement, "CBI is responsible for the design and implementation of the monetary and credit policies with due regard to the general economic policy of the country."[34] In 2005, Iran's former President Mahmoud Ahmedinejad discussed Iran's financial system as part and parcel of the "Islamic Revolution."[35] His comments were posted on the website of the Central Bank of Iran.

63.     In October 2011, Senator Mark Kirk along with over 90 U.S Senators, signed a letter to the Obama administration pressing for forceful action against the Central Bank of Iran. According to the letter, "the Administration should move quickly to implement the most effective, non-military response - cutting off the Central Bank of Iran and collapsing the Iranian currency." The letter shows the core function of the CBI in Iran as the foundation for its overall economy. The mix of terror finance with domestic financial support is why the CBI is an integral part of the Iranian regime's foreign terrorist apparatus.[36]

64.     The revolutionary Islamic ideology of Iran is inherently part of its financial and military systems. Hence the overlapping financial relations with Hezbollah and other radical terrorist groups in the Middle East.

---

[33]     Country Profile: Iran, May 2008, Library of Congress – Federal Research Division, available at http://www.loc.gov/rr/frd/cs/profiles/Iran.pdf.

[34]     *See* CBI Website General Information, available at http://www.cbi.ir/page/GeneralInformation.aspx

[35]     *See* CBI Website, President Ahmadinejad Addressing the Audience at the Meeting Hed as "Coalition of Reflections of Government and the Banking System", Dec. 28, 2005, available at http://www.cbi.ir/showitem/2792.aspx

[36]     Kirk Calls for Sanctions vs Iran's Central Bank Following U.S> Terror Plot, Oct. 13, 2011, available at http://www.kirk.senate.gov/?p=press_release&id=332.

### H.  CBI Provided Funding to Hezbollah Prior to and During the Second Lebanon War

65.     The U.S. Government specifically found that Iran used CBI to transfer millions of dollars to Hezbollah prior to the Second Lebanon War. One year after the conflict ended, then Undersecretary of the Treasury Department, Stuart Levey said:

> The [Iranian] regime does use its banks to pursue not only its proliferation ambitions but also its funding of terrorism. As you may know, we in the United States have taken action against Bank Saderat for its role *in funneling money from the Central Bank of Iran to terrorist organizations – not just to Hezbollah but also to Hamas, the Palestinian Islamic Jihad*.[37]

(emphasis added).

66.     In 2008, the U.S Treasury Department released a fact sheet with very specific findings as follows:

> Iran Uses its Banks to Finance Terrorism. In a number of cases, Iran has used its state-owned banks to channel funds to terrorist organizations. *Between 2001 and 2006, Bank Saderat transferred $50 million from the Central Bank of Iran through Bank Saderat's subsidiary in London to its branch in Beirut for the benefit of Hizballah fronts that support acts of violence*. Hizballah also used Bank Saderat to send funds to other terrorist organizations.[38]

(emphasis added).

---

[37]     Press Roundtable with Stuart A. Levey, Under Secretary of the Treasury for Terrorism and Financial Intelligence, and John C. Rood, Assistant Secretary of State for International Security and Nonproliferation, July 12, 2007, available at http://germany.usembassy.gov/levey-roundtable.html.

[38]     Testimony of Pat O'Brien, Assistant Secretary Office of Terrorist Financing and Financial Crimes, U.S. Treasury Department Office of Public Affairs, June 22, 2006, available at http://www.iranwatch.org/sites/default/files/us-congress-sbhua-obrien-062206.pdf;

Treasury's Further Financial Restrictions on Iran, Steps Intended to Prevent Terrorist Financing, Proliferation Activities, Nov. 6, 2008, available at http://iipdigital.usembassy.gov/st/english/article/2008/11/20081107105758eaifas0.1254084.html?CP.rss=true#axzz3ozN5hlgQ

67.    Daniel Glaser's April 17, 2008 congressional testimony contained a similar statement:

> [] Government of Iran uses Bank Saderat to transfer money to terrorist organizations, most notably Hizballah and Hamas. ***From 2001 to 2006, Bank Saderat transferred $50 million from the Central Bank of Iran through its subsidiary in London to its branch in Beirut for the benefit of Hizballah fronts in Lebanon that support acts of violence***.[39]

(emphasis added).

68.    It is also worth noting that after the 2006 Second War in Lebanon, Iran provided considerable funding to Hezbollah to finance the rebuilding of homes either damaged or destroyed during the war in south Lebanon. A senior Hezbollah official confirmed the financial aid from Iran.[40] It is highly doubtful that Iran did not use its Central Bank to make the payments to Lebanon. Based on Treasury Secretary Henry Paulson's linkage between CBI and Iran's Bank Saderat during the period preceding the 2006 Second Lebanon War, the logical consequent is that funding continued to Hezbollah through CBI in the post-War period.

69.    Since CBI operates as the Iranian government's principal financial hub for transactions and source of governmental funds, it is my expert opinion that Iran could not have transferred millions of dollars to Hezbollah without the funds passing through CBI. This is confirmed by the findings of numerous U.S. government officials, based on the reliable investigative and intelligence sources available to them.

---

[39]    Deputy Assistant Secretary for Terrorist and Financial Crimes Daniel Glaser Testimony April 17, 2008, U.S. Department of Treasury, available at https://www.treasury.gov/press-center/press-releases/Pages/hp933.aspx.

[40]    Whittington, James, Iran 'Sending Funds to Hezbollah', Nov. 2, 2006, *BBC News Beirut*, available at http://news.bbc.co.uk/2/hi/middle_east/6112036.stm.

## I. Conclusion

70.     The Islamic Republic of Iran exercises full control over the Central Bank of Iran. The CBI is a state owned institution committed to the expansionist ideology of Iran's clerical leadership, which includes funding an array of terrorist groups. The long-standing financial relations between CBI and Hezbollah lead me to the conclusion that CBI finances Hezbollah. Consequently, it is my expert opinion that Iran uses CBI to transfer funds to Hezbollah, including during the 2006 war launched by Hezbollah against the State of Israel.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE UNITED STATES OF AMERICA THAT THE FOREGOING
IS TRUE AND CORRECT.

------------------------------------------              ---------------------------
Benjamin Weinthal                                        Date

19

# EXHIBIT A

## BENJAMIN WEINTHAL

10 Lessing Strasse                                          Tel. +49 (0)178 659 4987
10551 Berlin, Germany                                       Bweinthal@defenddemocracy.org

**EDUCATION**  University of Cambridge, England
Trinity College, Master of Philosophy, October 2005
Program: European Culture and Literature

New York University, New York, NY
College of Arts and Sciences, Bachelor of Arts, May 1990
Major: Philosophy, GPA: 3.7. Phi Beta Kappa, 1990

**CURRENT EMPLOYMENT**

2010 to present:  *Research Fellow*, Foundation for Defense of Democracies think tank in Washington D.C.

Responsible for research uncovering the relationship between European energy companies/financial institutions and Iran. In November 2007, exposed a story revealing $5.7 billion in business transactions between Germany and Iran, establishing Germany as Iran's most important trading partner in the EU.  Authored a Wall Street Journal op-ed that led to energy and engineering giant Siemens reducing its trade with Iran.  A January 2010 article revealed the pro-Iranian trade practices of the German-Emirati Joint Council for Industry and Commerce, which advised companies how to go through the United Arab Emirates to avoid sanctions.

Jan. 2002 to present:  *Freelance journalist*.

Reporting on Europe as the Jerusalem Post correspondent since January 2008. Major coverage consists of EU-Iran relations and Hezbollah in Europe.  Writings also published in other international publications, such as: the Wall Street Journal Europe, The Independent in the UK, The Guardian, The New York Daily News, Foreign Policy, The New York Post, Canada's National Post, Slate, The National Interest, Forbes, Politico Europe, The Weekly Standard and The National Review. Commentaries and articles have also appeared in the major German dailies Die Welt and Der Tagesspiegel, as well as in the widely read Austrian newspapers Der Standard and Kurier in Vienna. Interviews have appeared in the weekly Die Zeit and the monthly Magazine Cicero.

Appearing regularly to discuss topics related to Iran and terror financing on radio and television programs, including: The BBC, The John Batchelor Show, Canada's The Current, The Sid Rosenberg Show, and Fox News.

List of Articles and radio and television appearances is available at:
http://www.defenddemocracy.org/about-fdd/team-overview/benjamin-weinthal/.

My work has been cited by think tanks such as the Heritage Foundation, Center for Security Policy, and Atlantic Council of the United States.

**PREVIOUS EMPLOYMENT**

From 1990 to 2002, I held a variety of positions in community organizing and workers rights, in which I represented workers in union negotiations, supervised hiring and training of staff and facilitated media presentations.

**LECTURES**

American Israel Public Affairs Committee (AIPAC) Washington policy conferences. Delivered talks on German-Israeli relations and the Iranian nuclear threat and Hezbollah. Invited to deliver lectures to regional chapters in New York, Chicago, North Carolina, Miami and San Francisco in Spring 2009.

The Yale Initiative for the Interdisciplinary Study of Antisemitism. Invitation to speak in 2009 on European anti-Semitism at the Yale Institute.

German Institute for Foreign Cultural Relations, a division of the German Foreign Ministry. Participated in panel discussion in Spring 2008 in Stuttgart. Topic: Media portrayal of Germany in the Israeli and American press and depiction of Israel in the German media.

Potsdam University lecture on the history of German-Jewish emigrant newspapers in Summer 2004.

**HONORS**

Fulbright Journalism scholarship to write on migration, integration and the state of immigration in Germany, September 2003-July 2004.
Tiarks German Scholarship, University of Cambridge, 2004-2005
Le Bas academic scholarship, University of Cambridge, 2004-2005
United Kingdom's Arts and Humanities Research Council grant, University of Cambridge, 2004-2005
Invited to deliver paper at Yale University German studies conference, 2005
Alvin H. Zagor Memorial Award for Academic Excellence, NYU, 1990
Sherborne Vernon Damerel Memorial Award for Academic Excellence, NYU, 1990
University Chancellor's Leadership Award, NYU, 1990
Dean's Leadership Circle Scholar, NYU, 1989-1990
Exxon Grant for research apprenticeship with Legal Action Center for the Homeless, Summer, 1989
German Academic Exchange Service Fellowship Award to study culture, politics, philosophy and literature of the Weimar Republic, Spring 1989
Rudin Foundation Grant for research apprenticeship to study Public Defender Service in Washington, DC, Summer 1988
NCAA Academic All-American. 1988-89/90

**LANGUAGE SKILLS**      Fluent German, conversant in Hebrew