UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 30 2016
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| CHAIM KAPLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 09-00646 (RCL) |
| ) | |
| HEZBOLLAH, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| CHAIM KAPLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 10-00483 (RCL) |
| ) | |
| THE CENTRAL BANK OF THE ) | |
| ISLAMIC REPUBLIC OF IRAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this date, it is hereby,

ORDERED that final judgment is entered in favor of all plaintiffs and against defendants; it is furthermore,

ORDERED that plaintiffs are awarded $38,161,966.67 in compensatory damages and $131,277,165.34 in punitive damages, for a total award of $169,439,132.01 to be distributed as follows:

| Plaintiff | Pain & Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Chaim Kaplan | $2,000,000 | $1,000,000 | $0 | $10,320,000 |
| Rivka Kaplan | $1,500,000 | $1,000,000 | $0 | $8,600,000 |
| Arye Kaplan | $0 | $0 | $0 | $0 |
| Menachem Kaplan | $0 | $0 | $0 | $0 |
| Chana Kaplan | $0 | $0 | $0 | $0 |

| | | | | |
|---|---|---|---|---|
| Mushka Kaplan | $0 | $0 | $0 | $0 |
| Efraim Kaplan | $0 | $0 | $0 | $0 |
| Brian Erdstein | $1,500,000 | $1,000,000 | $0 | $8,600,000 |
| Karene Erdstein | $2,500,000 | $1,000,000 | $0 | $12,400,000 |
| Mayan Erdstein | $1,500,000 | $0 | $0 | $5,160,000 |
| Noa Erdstein | $0 | $0 | $0 | $0 |
| Netiya Erdstein | $0 | $0 | $0 | $0 |
| Ariel Erdstein | $0 | $0 | $0 | $0 |
| Chayim Kumer | $2,000,000 | $0 | $0 | $6,880,000 |
| Nechama Kumer | $1,500,000 | $0 | $0 | $8,600,000 |
| Malka Kumer | $0 | $0 | $0 | $0 |
| Chana Kumer | $0 | $0 | $0 | $0 |
| Laurie Rappeport | $1,500,000 | $850,000 | $0 | $8,084,000 |
| Margalit Rappeport | $1,500,000 | $0 | $0 | $5,160,000 |
| Michael Fuchs | $0 | $0 | $0 | $0 |
| Theodore Greenberg | $1,500,000 | $1,000,000 | $0 | $8,600,000 |
| Moreen Greenberg | $1,500,000 | $1,000,000 | $0 | $8,600,000 |
| Jared Sauter | $1,500,000 | $0 | $0 | $5,160,000 |
| Danielle Sauter | $0 | $1,000,000 | $0 | $3,440,000 |
| Dvora Kaszemacher | $1,500,000 | $850,000 | $11,966.67 | $8,125,165.34 |
| Chaya Alkareif | $1,500,000 | $750,000 | $0 | $7,740,000 |
| Avishai Reuvane | $1,500,000 | $0 | $0 | $5,160,000 |
| Elisheva Aron | $1,500,000 | $0 | $0 | $5,160,000 |
| Yair Mor | $850,000 | $0 | $0 | $2,924,000 |
| Mikimi Steinberg | $850,000 | $0 | $0 | $2,924,000 |
| Myra Mandel | $0 | $0 | $0 | $0 |
| **$27,700,000** | **$10,450,000** | **$11,966.67** | **$131,277,165.34** | |

It is furthermore,

ORDERED that defendants shall be liable for the entire $169,439,132.01; it is furthermore,

ORDERED that plaintiffs' Motion to Special Master to Reconsider/Modify his Recommendations with Regard to the Kaplan Plaintiffs be and hereby is DENIED; it is furthermore,

ORDERED that plaintiffs' Motion to Special Master to Reconsider/Modify his Recommendations with Regard to Plaintiffs Noa and Netiya Erdstein be and hereby is DENIED; it is furthermore,

ORDERED that plaintiffs shall forthwith, at their own expense and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date to defendants.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: 9/29/16

_____
Royce C. Lamberth
United States District Judge