UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------- X
CHAIM KAPLAN, *et al.*,

                Plaintiffs,

     -against-

CENTRAL BANK OF THE ISLAMIC REPUBLIC OF
IRAN, *et al.*,

                Defendants.
------------------------------------------------------------------- X

Civil Action No:
10-cv-483 (RCL)

## **PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT**

On July 23, 2014, this Court dismissed the plaintiffs' claims against the Central Bank of Iran ("CBI"). (DE 53). On December 15, 2015, the plaintiffs filed a motion to reconsider that Order pursuant to Rule 54(b) and to enter judgment in favor of plaintiffs and against CBI. (DE 63). On September 30, 2016, before ruling on the aforementioned motion for reconsideration, this Court issued a final Judgment in this case, which provided, *inter alia*, that it was a "final appealable order." (DE 65). The aforementioned motion for reconsideration remains *sub judice*.

Pursuant to FRAP 4(a), prior to the filing of this motion, the plaintiffs' time to appeal from that judgment was scheduled to run on Monday, October 31. Filing the appeal at that juncture, before the motion for reconsideration is decided and thus while the scope of the appeal remains uncertain, would have needlessly confused proceedings both in this Court and before the D.C. Circuit. This motion, made pursuant to Rule 59(e), has the effect of extending the plaintiffs' time to appeal until 30 days after this motion is finally resolved. FRAP 4(a)(4)(A)(iv).

Accordingly, pursuant to Rule 59(e), and for the reasons stated in the pending motion for reconsideration, the plaintiffs respectfully request that this Court alter or amend its Judgment so

-2-

that it expressly enters judgment against CBI. The plaintiffs incorporate by reference their motion for reconsideration (DE 63), the expert declarations of Dr. Patrick Clawson and Benjamin Weinthal that were both attached as exhibits to that motion (DE 63-2 & DE 63-3), and the plaintiffs' proposed findings of fact and conclusions of law, likewise attached to the motion for reconsideration. (DE 63-1).

This motion is timely as it is being made within 28 days after this Court's entry of judgment. *See* Rule 59(e). The motion is properly made both because it (through its incorporation of the motion for reconsideration and the exhibits thereto) asserts the existence and availability of new evidence and because it respectfully asks the Court to correct its error in entering a judgment termed "final" while the motion for reconsideration remained outstanding. Both are independent and adequate grounds to support this motion. *See Firestone v. Firestone*, 76 F.3d 1205, 1208-09 (D.C. Cir. 1996) (holding that denial of a Rule 59(e) motion in the face of clear error is an abuse of discretion).

-3-

**WHEREFORE**, for the reasons set forth above and in the pending motion for reconsideration appearing at (DE 63), the plaintiffs respectfully request that the Court alter or amend its Judgment, grant the plaintiffs' prior motion for reconsideration (DE 63), and enter judgment in favor of the plaintiffs and against CBI.

Dated:  October 27, 2016
        Brooklyn, New York

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Counsel for the Plaintiffs*

by: _____

Robert J. Tolchin
  (D.C. Bar # NY0088)
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
rtolchin@berkmanlaw.com