UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------- X
CHAIM KAPLAN, RIVKA KAPLAN, M.K.(1), A.L.K., M.K.(2), C.K., E.K, MICHAEL FUCHS, AVISHAI REUVANE, ELISHEVA ARON, CHAYIM KUMER, NECHAMA KUMER, KEREN ARDSTEIN, BRIAN ARDSTEIN, M.A., N.A., A.C.A., N.Y.A., LAURIE RAPPEPORT, M.R., YAIR MOR, THEODORE GREENBERG, MAURINE GREENBERG, JACOB KATZMACHER, DEBORAH CHANA KATZMACHER, CHAYA KATZMACHER, MIKIMI STEINBERG, JARED SAUTER, DANIELLE SAUTER, MYRA MANDEL, Y.L., ELIHAV LICCI, YEHUDIT LICCI, TZVI HIRSH, ARKADY GRAIPEL, TATIANA KREMER, YOSEF ZARONA, TAL SHANI, SHLOMO COHEN, NITZAN GOLDENBERG, RINA DAHAN, RAPHAEL WEISS, AGAT KLEIN, TATIANA KOVLEYOV, VALENTINA DEMESH, RIVKA EPON, JOSEPH MARIA, IMMANUEL PENKER, ESTHER PINTO, SARAH YEFET, SHOSHANA SAPPIR, R.G.G., FUAD SHCHIV GHANAM, SUHA SHCHIV GHANAM, ORNA MOR, ROCHELLE SHALMONI, OZ SHALMONI, DAVID OCHAYON, YAAKOV MAIMON, MIMI BITON, MIRIAM JUMA'A, SALAH JUMA'A, ABD EL-RAHMAN JUMA'A, RAHMA ABU-SHAHIN, ABDEL GAHNI ABDEL GAHNI, SHADI SALMAN AZZAM, K.S.A., A.S.A., ADINA MACHASAN DAGESH, ARKADY SPEKTOR, YORI ZOVREV, YAAKOV ABUTBUL, A.N.M., B.Z.M., M.M., C.I.M., ZION MOR, REVITAL MOR, ADHAM MAHANE TARRABASHI, EMILLIA SALMAN ASLAN, JIHAN KAMUD ASLAN, ZOHARA LOUIE SA'AD, I.Z.G., ZIAD SHCHIV GHANAM, and GOUROV TISIR GHANAM,

Civil Action No:
10-cv-483 (RCL)

**NOTICE OF APPEAL**

       Plaintiffs,

    -against-

CENTRAL BANK OF THE ISLAMIC REPUBLIC OF
IRAN, BANK SADERAT IRAN, BANK SADERAT,
PLC, THE ISLAMIC REPUBLIC OF IRAN, CBI DOES
1-10, BSI DOES 1-10, BSPLC DOES 1-10, and IRANIAN
DOES 1-10,

                          Defendants.

------------------------------------------------------------------- X

COUNSEL:

      NOTICE IS HEREBY GIVEN that all the Plaintiffs herein (hereinafter "Plaintiffs") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of the United States District Court for the District of Columbia (Lamberth, *J.*) dated September 30, 2016 (DE 65) (Rule 59 motion for to amend the judgment denied on October 28, 2016 (DE 67)), and all prior orders and opinions that are incorporated into that Judgment. In particular, but without limitation, that Judgment incorporates the district court's prior order dated August 20, 2013 (DE 41), the opinion it incorporates (DE 42), and all orders and findings incidental to those.

      Plaintiffs appeal from each and every part of said Judgment and orders to the extent said Judgment and orders are pertinent to their claims against Defendants Bank Saderat Iran, Bank Saderat, PLC, BSI Does 1-10, and BSPLC Does 1-10. Plaintiffs do <u>not</u> appeal from the Judgment or any order with respect to their claim(s) against the other defendants, including Defendant Islamic Republic of Iran.

Dated: November 27, 2016
Brooklyn, New York

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Counsel for the Plaintiffs*

by: /s/ Robert J. Tolchin

Robert J. Tolchin
  (D.C. Bar # NY0088)
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
rtolchin@berkmanlaw.com