UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------- X

CHAIM KAPLAN, *et al.*,

                     Plaintiffs,

          *-against-*

CENTRAL BANK OF THE ISLAMIC REPUBLIC OF
IRAN, *et al.,*

                    Defendants.

------------------------------------------------------------------- X

Civil Action No:
10-cv-483 (RCL)

**[Proposed]**
**ORDER**

    For the reasons set forth in Plaintiffs' Unopposed Motion to Transfer Venue, and the Memorandum attached thereto, it is hereby

    **ORDERED**, that the Plaintiffs' claims against defendant Bank Saderat PLC shall be and hereby are severed from this action and transferred to the United States District Court for the Eastern District of New York.

**SO ORDERED**.

Dated:

                                      _____

                                      Senior United States District Judge