UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------------X

CHAIM KAPLAN, *et al.*,

                Plaintiffs,

        *-against-*

CENTRAL BANK OF THE ISLAMIC REPUBLIC OF
IRAN, *et al.,*

                Defendants.

Civil Action No:
10-cv-483 (RCL)

------------------------------------------------------------------------X

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' PENDING UNOPPOSED MOTION TO TRANSFER VENUE

Plaintiffs respectfully submit this memorandum to advise the Court of a new development which further supports their pending unopposed motion to sever their claims against Bank Saderat PLC ("BSPLC") and transfer those claims to the Eastern District of New York. (DE 72).

As plaintiffs previously informed the Court, on December 31, 2018, they filed a parallel ATA suit in the EDNY against BSPLC and Bank Saderat Iran ("BSI"), to serve as a "protective action," given the looming statute of limitations and the possibility that this Court could elect to dismiss this action for improper venue, rather than transfer it to the EDNY. *See* DE 73 at n.4.

On March 26, 2019, the EDNY Clerk attempted to serve BSPLC and BSI with process in plaintiffs' protective action, by Federal Express. *See Kumer v. BSI*, 18-cv-7456 (EDNY), DE 9, docket entry 3/26/2019. On March 28, 2019, both BSPLC and BSI ***refused*** to accept the Fedex service packages at their London and Paris branches. *See* Exhibits A-B.

Thus, BSPLC is evading service of process in plaintiffs' protective action. Plaintiffs will now be forced to waste time and money finding an alternative way to serve BSPLC.

BSPLC should not be permitted to toy with the U.S. federal courts or with the plaintiffs. BSPLC was served with process in *this* case many years ago. As the Court is aware, the plaintiffs herein are U.S. citizens injured by rockets fired by Hezbollah in 2006. BSPLC's liability arises from the fact, confirmed by the U.S. government, that in the years before the attacks ***BSPLC transferred at least $50 million to Hezbollah***: "Between 2001 and 2006, Bank Saderat transferred $50 million from the Central Bank of Iran through Bank Saderat's subsidiary in London [*i.e.*, BSPLC] to its branch in Beirut for the benefit of Hizballah fronts that support acts of violence."[1]

BSPLC has no defense to plaintiffs' action other than evasion and delay. The Court is respectfully requested to put an end to BSPLC's tactics, and to grant plaintiffs' motion forthwith.

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Counsel for the Plaintiffs*

by: /s/ Robert J. Tolchin

Robert J. Tolchin
(D.C. Bar # NY0088)
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
rtolchin@berkmanlaw.com

---

[1] U.S. Treasury Fact Sheet, *Treasury Strengthens Preventive Measures Against Iran*, 11/6/2008. Available at https://www.treasury.gov/press-center/press-releases/Pages/hp1258.aspx