UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 10-cv-00483 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AMENDED ORDER AND JUDGMENT

For the reasons set forth in plaintiffs' Unopposed Motion Pursuant to Federal Rule of Civil Procedure 60(a) to Correct a Mathematical Error in Plaintiff Nechama Kumer's Judgment Against Iran, plaintiff's motion is **GRANTED**. Plaintiff Nechama Kumer is entitled to a distribution of $1,500,000 in compensatory damages for pain and suffering and $1,000,000 in compensatory damages for loss of solatium. Thus, plaintiff Nechama Kumer is entitled to a distribution of $2,500,000 of the total award entered against defendant the Islamic Republic of Iran.

It is **SO ORDERED**.

SIGNED this 18th day of April, 2019.

_____
Royce C. Lamberth
United States District Judge